# United States Navy-Marine Corps Court of Criminal Appeals

———————————

**UNITED STATES**
Appellee

**v.**

**Austin T. CHANEY**
Aviation Electronics Technician
Airman Apprentice (E-2), U.S. Navy
Appellant

**No. 201900021**

Appeal from the United States Navy-Marine Corps Trial Judiciary.

Decided: 9 April 2019.

Military Judge:
Captain Ann K. Minami, JAGC, USN.

Sentence adjudged 9 November 2018 by a special court-martial convened at Naval Base Kitsap, Bremerton, Washington, consisting of a military judge sitting alone. Sentence approved by convening authority: confinement for 4 months, reduction to E-1, and a bad-conduct discharge.

For Appellant:
*Captain Bree A. Ermentrout, JAGC, USNR.*

For Appellee:
*Brian K. Keller, Esq.*

———————————

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

———————————

Before HUTCHINSON, TANG, and KOVAC,
*Appellate Military Judges.*

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to the appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court